IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERNESTO GUERRA, Individually and on Behalf of all Others Similarly Situated,  )<br>)<br>) | |
| Plaintiffs,  )<br>) | |
| V.  )<br>) | CIVIL ACTION NO. SA-17-CA-916-FB |
| LEWIS ENERGY GROUP, L.P.; and LEWIS RESOURCE MANAGEMENT, LLC,  )<br>)<br>)<br>) | |
| Defendants.  ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Court is the parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (docket no. 27), including supporting documentation (docket no. 28). After careful consideration, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (docket no. 27) is GRANTED such that the Court APPROVES the parties' settlement and the above-captioned action is DISMISSED With PREJUDICE. The parties shall bear their own costs and expenses.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 7th day of September, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE