# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ERNESTO GUERRA, Individually and on Behalf of all Others Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) )  CIVIL ACTION NO. SA-17-CA-916-FB |
| LEWIS ENERGY GROUP, L.P.; and LEWIS RESOURCE MANAGEMENT, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (docket no. 27) is GRANTED such that the Court APPROVES the parties' settlement and the above-captioned action is DISMISSED With PREJUDICE. The parties shall bear their own costs and expenses.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 7th day of September, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE